UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AUDREY V. BROWN** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 11-03104** |
| **MAERSK LINE LIMITED** | * | **SECTION "H" (2)** |
| * * * * * * * | | **JUDGE MILAZZO** <br> **MAG. WILKINSON** |

## ORDER OF DISMISSAL

Considering the Joint Motion to Dismiss (Doc. 21);

**IT IS HEREBY ORDERD, ADJUDGED AND DECREED** that the Joint Motion to Dismiss is **GRANTED**, and that all claims of plaintiff, Audrey V. Brown, against defendant, Maersk Line, Limited, be and are hereby dismissed, with prejudice, each party to bear her or its own costs.

New Orleans, Louisiana, this 13th day of December 2012.

_____
UNITED STATES DISTRICT JUDGE